<u>**UNITED STATES v. JAMES MAZZO, et al.,**</u>

SA CR NO. 12-269(B)-AG

GOVERNMENT'S EXHIBIT LIST

| EXH. | WITNESS | DESCRIPTION | IDENT | EVID |
|------|---------|-------------|-------|------|
| 1 | | SEC Form 14D-9 filed by EYE regarding ABT's January 12, 2009 acquisition of EYE | | |
| 2 | | SEC Form 14D-9C filed by EYE regarding ABT's January 12, 2009 acquisition of EYE | | |
| 3 | | SEC Form TO/A Statement of ABT February 25, 2009 | | |
| 4 | RESERVED | | | |
| 5 | RESERVED | | | |
| 6 | | October 9, 2008 SEC Form 8-K filed by EYE regarding press release lowering 2008 revenue guidance | | |
| 7 | | October 14, 2008 EYE Board of Directors Minutes ABT002101-7 | | |
| 8 | RESERVED | | | |
| 9 | | October 20, 2008 SEC Form 8-K Filed by EYE regarding press release announcing purchase of convertible senior subordinated notes | | |

## UNITED STATES v. JAMES MAZZO, et al.,

### SA CR NO. 12-269(B)-AG

### GOVERNMENT'S EXHIBIT LIST

| EXH. | WITNESS | DESCRIPTION | IDENT | EVID |
|------|---------|-------------|-------|------|
| 10 | | Mazzo's EYE Expenses the Center Club (October 22, 2008 – January 15, 2009)<br><br>ABT020394-399 | | |
| 11 | RESERVED | | | |
| 12 | | October 24, 2008 Non-Disclosure Agreement between ABT and EYE<br><br>ABT007694-7698 | | |
| 13 | | James Mazzo Calendar (October 2008 – January 2009) ABT020271-393<br><br>ABT000112-171 | | |
| 14 | | SEC Form 8-K filed by EYE on October 31, 2008 regarding financial results for the quarter ended on September 26, 2008 | | |
| 15 | | November 4-5, 2008 EYE Board Minutes<br><br>ABT002119-34 | | |
| 16 | | SEC Form 10-Q filed by EYE Third Quarter 2008 | | |
| 17 | | Mazzo Outlook Calendar (March 2006-Sept. 2008)<br><br>[Various ABT Bates] | | |

## UNITED STATES v. JAMES MAZZO, et al.,

### SA CR NO. 12-269(B)-AG

### GOVERNMENT'S EXHIBIT LIST

| EXH. | WITNESS | DESCRIPTION | IDENT | EVID |
|------|---------|-------------|-------|------|
| 18 | RESERVED | | | |
| 19 | RESERVED | | | |
| 20 | | November 14, 2008 e-mail from Goldman Sachs to EYE re: Timeline and Teaser<br><br>GS-SPC-0093546-554 | | |
| 21 | | SEC Form 8-K filed by EYE dated November 19, 2008 regarding expansion plan, termination of three executive officers, and savings realized by reduction of fixed costs | | |
| 22 | | November 26, 2008 e-mail from Hitchner to Adams re: Amazon<br><br>GS-SPC 98504 | | |
| 23 | | ABT's Non-Binding Preliminary Proposal to EYE - December 1, 2008<br><br>ABT013800-1 | | |

**UNITED STATES v. JAMES MAZZO, et al.,**

SA CR NO. 12-269(B)-AG

GOVERNMENT'S EXHIBIT LIST

| EXH. | WITNESS | DESCRIPTION | IDENT | EVID |
|------|---------|-------------|-------|------|
| 24 | | December 1, 2008 e-mails between Goldman EYE deal team re: Meeting Flow/Confidential<br><br>GS-SPC 0245489-90 | | |
| 25 | | December 2, 2008 EYE Board Minutes<br>ABT002139-2141 | | |
| 26 | | December 2, 2008 e-mail between Goldman EYE deal team re: AMO<br>GS-SPC 0100082-83 | | |
| 27 | | December 1-2, 2008 e-mails between Capek and Mazzo re: Phone Call<br>ABT004572-3 | | |
| 28 | | December 9, 2008 e-mail between Mazzo and Capek Re: Wednesday Meeting<br>ABT004030-34 | | |
| 29 | | December 10, 2008 EYE Sign-In Sheet<br>ABT001407, 1453, 2419-2436 | | |

**UNITED STATES v. JAMES MAZZO, et al.,**

SA CR NO. 12-269(B)-AG

GOVERNMENT'S EXHIBIT LIST

| EXH. | WITNESS | DESCRIPTION | IDENT | EVID |
|------|---------|-------------|-------|------|
| 30 | | December 9, 2008 – letter to EYE Board of Directors re: December 12, 2008 Agenda<br><br>ABT006414-50 | | |
| 31 | | December 12, 2008 EYE Board Minutes<br><br>ABT002142-47 | | |
| 32 | | December 16, 2008 e-mail between Biagianti/Mazzo and Robinson re: Confidentiality Agreement<br><br>ABT003847-48 | | |
| 33 | | December 17, 2008 e-mail from Capek to White re: Amazon Update<br><br>ABT020243 | | |
| 34 | | December 16, 2008 letter to EYE Board of Directors re: Agenda for December 19, 2008 Meeting<br><br>ABT006518-45 | | |
| 35 | | December 19, 2008 Board Minutes<br><br>ABT002148-52 | | |

## UNITED STATES v. JAMES MAZZO, et al.,

### SA CR NO. 12-269(B)-AG

### GOVERNMENT'S EXHIBIT LIST

| EXH. | WITNESS | DESCRIPTION | IDENT | EVID |
|------|---------|-------------|-------|------|
| 36 | | December 23, 2008 e-mail from Biagianti to Steininger and Clayton re: Amazon Bid Letter<br><br>UBSS-017155-57 | | |
| 37 | | December 24, 2008 e-mail between M. White and Mazzo regarding ABT's employment proposal to Mazzo<br><br>ABT002662 | | |
| 38 | | December 23, 2008 letter to EYE Board of Directors re: Notice of December 29, 2008 Special Telephonic Board Meeting<br><br>ABT006922-69 | | |
| 39 | | December 29, 2008 EYE Board Minutes<br><br>ABT002153-57 | | |
| 40 | | Emails on December 31, 2008 between EYE employees re: EYE<br><br>ABT002705-06 | | |

## <u>UNITED STATES v. JAMES MAZZO, et al.,</u>

### SA CR NO. 12-269(B)-AG

### GOVERNMENT'S EXHIBIT LIST

| EXH. | WITNESS | DESCRIPTION | IDENT | EVID |
|------|---------|-------------|-------|------|
| 41 | | December 24-31, 2008 e-mails between Mazzo and Capek re: Phone Call <br><br> ABT003371-73 | | |
| 42 | | January 4, 2009 e-mail between Hitchner and Adams regarding Mazzo's verbal agreement and personal deal with "Amazon" <br><br> GS-SPC 0249118-120 | | |
| 43 | | January 5, 2009 EYE Board Minutes <br><br> ABT002158-65 | | |
| 44 | RESERVED | | | |
| 45 | | January 8, 2009 e-mail from Weisner to EYE Board re: Important Update: AMO BOD Telephonic Meeting – Thursday, 1.8.09 moved to Monday, 1.12.09 <br><br> ABT 14257-59 | | |

<u>UNITED STATES v. JAMES MAZZO, et al.,</u>

SA CR NO. 12-269(B)-AG

GOVERNMENT'S EXHIBIT LIST

| EXH. | WITNESS | DESCRIPTION | IDENT | EVID |
|------|---------|-------------|-------|------|
| 46 | | January 8, 2009 – e-mail from Weisner to EYE Board Re: Important Update: AMO BOD Telephonic Meeting – Thursday, 1.8.09 moved to Monday, 1.12.09<br><br>ABT 14225-28 | | |
| 47 | | January 11, 2009 EYE Board Minutes<br>ABT 002166-97 | | |
| 48 | | January 15, 2009 Letter from NYSE to EYE regarding NYSE investigation requesting chronology of information<br>ABT0011742-45 | | |
| 49 | | February 10, 2009 Letter from NYSE to EYE regarding NYSE investigation requesting additional information about EYE's connection with certain individuals and entities<br>ABT006391-93 | | |

**UNITED STATES v. JAMES MAZZO, et al.,**

SA CR NO. 12-269(B)-AG

GOVERNMENT'S EXHIBIT LIST

| EXH. | WITNESS | DESCRIPTION | IDENT | EVID |
|------|---------|-------------|-------|------|
| 50 | | February 11, 2009 letter from EYE to NYSE responding to NYSE's January 15, 2009 letter<br><br>ABT011698-1729 | | |
| 51 | | EYE documents regarding the response to the NYSE investigation and emails between Link and Bade regarding Link's relationship with DeCinces<br><br>BL001696-1700; ABT020404-9 | | |
| 52 | | February 27, 2009 letter from EYE to NYSE responding to NYSE's February 10, 2009 letter<br><br>ABT006395-98 | | |
| 53 | | March 25, 2009 Letter from EYE to NYSE regarding NYSE's request for information about relationship of individuals/entities known to EYE<br><br>ABT011801-2 | | |

## UNITED STATES v. JAMES MAZZO, et al.,

### SA CR NO. 12-269(B)-AG

### GOVERNMENT'S EXHIBIT LIST

| EXH. | WITNESS | DESCRIPTION | IDENT | EVID |
|------|---------|-------------|-------|------|
| 54 | | April 9, 2009 letter from EYE to NYSE responding to request in NYSE's January 15, 2009 letter for "Name Recognition" <br><br> ABT021483-1491 | | |
| 55 | | Map showing Residences of DeCinces and Mazzo; DMV licenses for Mazzo and DeCinces | | |
| 56 | | DeCinces Outlook Contacts <br><br> DDE000822-861 | | |
| 57 | | DeCinces Verizon Wireless Contacts <br><br> DDE000862-880 | | |
| 58 | | Mazzo's Outlook Contacts <br><br> ABT000001-41A | | |
| 59 | | Vacation Photographs of Mazzo and DeCinces (Hildreth Media Group) | | |
| 60 | | American Express Bills for Douglas V. DeCinces and James V. Mazzo (April-May 2008) <br><br> SPC 192-201; 477-485 | | |

## UNITED STATES v. JAMES MAZZO, et al.,

### SA CR NO. 12-269(B)-AG

### GOVERNMENT'S EXHIBIT LIST

| EXH. | WITNESS | DESCRIPTION | IDENT | EVID |
|---|---|---|---|---|
| 61 | | Citibank Bills for Douglas V. DeCinces (May 2008)<br><br>USAO-CITI-00055-57 | | |
| 62 | | Capital One Bills for James Mazzo (April-May 2008)<br><br>USAO_CAPONE_00179-184 | | |
| 63 | | Heartfelt Media Interview with James Mazzo | | |
| 64 | | Chapman Video honoring James Mazzo | | |
| 65 | | Relationship e-Mails between Mazzo and DeCinces (2006-2009)<br><br>(various bates numbers) | | |
| 66 | | Orangewood Classic Documents | | |
| 67 | | Letters from DeCinces to Mazzo regarding participation in Orangewood Classic and EYE's check to Orangewood<br><br>ABT000178-87; ABT000172-77 | | |

### UNITED STATES v. JAMES MAZZO, et al.,

SA CR NO. 12-269(B)-AG

GOVERNMENT'S EXHIBIT LIST

| EXH. | WITNESS | DESCRIPTION | IDENT | EVID |
|------|---------|-------------|-------|------|
| 68 | | Portions of Mazzo's Big Canyon Country Club Membership File including membership application, letters, and membership fees<br><br>USAO_BC various docs | | |
| 69 | | 2008-2009 Big Canyon Country Club Member Directory<br><br>SEC-BIG-0000542-769 | | |
| 70 | | Camillus DeCinces Death Certificate; December 23, 2008 e-mail from DeCinces to R. Venneri<br><br>DDE 001841-42 | | |
| 71 | | Beach Pit BBQ Investment Documents for Mazzo<br><br>SPC00001876-1910; 2057-62 | | |
| 72 | | DeCinces Electronic Calendar<br><br>DDE 003238-55 | | |
| 73 | | DeCinces Personal Calendar Oct. 2008-January 2009<br><br>DDE 003256-63 | | |

## UNITED STATES v. JAMES MAZZO, et al.,

### SA CR NO. 12-269(B)-AG

### GOVERNMENT'S EXHIBIT LIST

| EXH. | WITNESS | DESCRIPTION | IDENT | EVID |
|------|---------|-------------|-------|------|
| 74 | | October 23, 2008 e-mails between DeCinces and Zahn re: Cool Pictures<br><br>DDE 002562 | | |
| 75 | | October 23, 2008 e-mail between DeCinces and Mazzo re: Happy Halloween<br><br>DDE 005361-62 | | |
| 76 | | November 18, 2008 e-mail between Mazzo and DeCinces re: Hickey Game<br><br>DDE 005355-56 | | |
| 77 | | Anaheim Arena Management Records showing Mazzo's Attendance at Anaheim Ducks Games<br><br>AAM00000008-13 | | |
| 78 | | Mazzo's American Express Bills (November - December 2008)<br><br>SPC-00000549-557 | | |

## UNITED STATES v. JAMES MAZZO, et al.,

### SA CR NO. 12-269(B)-AG

### GOVERNMENT'S EXHIBIT LIST

| EXH. | WITNESS | DESCRIPTION | IDENT | EVID |
|------|---------|-------------|-------|------|
| 79 | | Hoag Hospital Christmas Carol Ball 2008 Documents<br><br>SEC-HOAG-P-0000008-15; 18-31; 33 | | |
| 80 | | December 22, 2008 e-mail from DeCinces to friends regarding DeCinces's dad memorial<br><br>SEC-BRI 0002465-66 | | |
| 81 | | Big Canyon Golf Sheet Dec. 31, 2008 /Balance Statements for October 2008 – January 2009<br><br>BC000001-34; 229 | | |
| 82 | | January 12, 2009 e-mail between Mazzo and Fogarty re: AMO Buy Out<br><br>ABT004371 | | |
| 83 | | United Airline Manifest May 6, 2008 | | |
| 84 | | List of DeCinces' Phone Numbers<br><br>DDE 881; DDE 1249 | | |
| 85 | | EYE Code of Ethics (2002, 2004, 2005, 2007)<br><br>ABT008591-8695 | | |

## UNITED STATES v. JAMES MAZZO, et al.,

### SA CR NO. 12-269(B)-AG

### GOVERNMENT'S EXHIBIT LIST

| EXH. | WITNESS | DESCRIPTION | IDENT | EVID |
|------|---------|-------------|-------|------|
| 86 | | Mazzo Certifications of Compliance with EYE Code of Ethics (2002, 2003, 2004, 2005, 2006, 2007, 2009 ABT008569-90 | | |
| 87 | | EYE Statement of Policies and Procedures for the Board of Directors ABT008562-68 | | |
| 88 | | EYE Insider Trading and Confidentiality Obligations ABT008714-22 | | |
| 89 | | DeCinces/Mazzo Call Summary | | |
| 90 | | 11/1/08-11/28/08 Merrill Lynch Report for DeCinces Account #223-52504 SPC-00221138-145 | | |
| 91 | | 11/1/08-11/28/08 Merrill Lynch Statement for DeCinces Master Account #223-52504 ML002254-2263 | | |

## UNITED STATES v. JAMES MAZZO, et al.,

### SA CR NO. 12-269(B)-AG

### GOVERNMENT'S EXHIBIT LIST

| EXH. | WITNESS | DESCRIPTION | IDENT | EVID |
|------|---------|-------------|-------|------|
| 92 | | 11/1/08-11/28/08 Merrill Lynch Statement for DeCinces Trust Account #223-10219<br><br>SPC-00221076-99; 221110-221137; 221145 | | |
| 93 | | 11/29/08-12/31/08 Merrill Lynch Report for DeCinces Account #223-52504<br><br>SPC-00221208-14 | | |
| 94 | | 11/29/08-12/31/08 Merrill Lynch Statement for DeCinces Trust Account #223-10219<br><br>SPC-00221146-59 | | |
| 95 | | 11/29/08-12/31/08 Merrill Lynch Statement for DeCinces Master Account #223-52504<br><br>ML002264-75 | | |
| 96 | | 11/29/08-12/31/08 Merrill Lynch Statement for DeCinces Trust Account #223-68044<br><br>ML002548-67 | | |

**UNITED STATES v. JAMES MAZZO, et al.,**

SA CR NO. 12-269(B)-AG

GOVERNMENT'S EXHIBIT LIST

| EXH. | WITNESS | DESCRIPTION | IDENT | EVID |
|------|---------|-------------|-------|------|
| 97 | | 1/1/09-1/30/09 Merrill Lynch Report for DeCinces Account #223-52504 <br><br> SPC-00221256-63 | | |
| 98 | | 1/1/09-1/30/09 Merrill Lynch Statement for DeCinces Master Account #223-52504 <br><br> ML002294-2305 | | |
| 99 | | Merrill Lynch Trade Confirmations for DeCinces's purchase/sale of EYE from November 2008-January 2009 <br><br> ML000069-130 | | |
| 100 | | Merrill Lynch EYE DeCinces Trade History Report from January 2006 – January 2009 <br><br> ML000046-51 | | |
| 101 | | 11/25/08 e-mail from Day to Axelson re: Doug DeCinces would like a call today <br><br> ML-SEC-MLB 0047 | | |
| 102 | RESERVED | | | |

UNITED STATES v. JAMES MAZZO, et al.,

SA CR NO. 12-269(B)-AG

GOVERNMENT'S EXHIBIT LIST

| EXH. | WITNESS | DESCRIPTION | IDENT | EVID |
|------|---------|-------------|-------|------|
| 103 | | 12/8/08 email from Habbeshaw to Axelson re: Doug DeCinces called<br><br>ML-SEC-MLB 0007 | | |
| 104 | | 12/8/08 email from Berault to Axelson re: Doug DeCinces<br><br>ML-SEC-MLB 0048 | | |
| 105 | | 1/13/09 Axelson's Responses to Merrill Lynch Compliance regarding DeCinces' purchases and sale of EYE stock<br><br>ML-SEC-MLB 1348-1351 | | |
| 106 | | Axelson Call Summary | | |
| 107 | | Credit Suisse Trade Confirmations for December 17, 2008 EYE purchases for DeCinces' four grandchildren (Paige, Riley, Delaney DeCinces and Brody Williams)<br><br>CS_0000464-471 | | |
| 108 | | 11/1/08-1/31/09 Credit Suisse Brokerage Account Statement for Brody Williams<br><br>CS_785-92; CS_835-39 | | |

**UNITED STATES v. JAMES MAZZO, et al.,**

SA CR NO. 12-269(B)-AG

GOVERNMENT'S EXHIBIT LIST

| EXH. | WITNESS | DESCRIPTION | IDENT | EVID |
|------|---------|-------------|-------|------|
| 109 | | 11/1/08-1/31/09 Credit Suisse Brokerage Account Statement for Paige DeCinces<br><br>CS_730-37; CS_780-84 | | |
| 110 | | 11/1/08-1/31/09 Credit Suisse Brokerage Account Statement for Riley DeCinces<br><br>CS_620-627; CS_670-74 | | |
| 111 | | 11/1/08-1/31/09 Credit Suisse Brokerage Account Statement for Delaney DeCinces<br><br>CS_675-82; CS_725-29 | | |
| 112 | | Credit Suisse Buy Tickets for DeCinces' purchases of EYE stock January 2009<br><br>CS-0000473-474; CS_0002448 | | |
| 113 | | 1/1/09-1/31/09 Credit Suisse Brokerage Account Statement for DeCinces Rev. Living Trust<br><br>CS_612-17<br><br>DDE 000053-DDE 000058 (stip 11/21/14) | | |

## UNITED STATES v. JAMES MAZZO, et al.,

### SA CR NO. 12-269(B)-AG

### GOVERNMENT'S EXHIBIT LIST

| EXH. | WITNESS | DESCRIPTION | IDENT | EVID |
|------|---------|-------------|-------|------|
| 114 | | 1/12/09 Credit Suisse Sell Ticket for 43,500 shares of EYE for DeCinces<br><br>CS_000472 | | |
| 115 | | Credit Suisse Spreadsheet of DeCinces' EYE Transactions December 2008-January 2009<br><br>SPC-00069750 | | |
| 116 | | 1/2/09 e-mails between Masters to Lupo re: Bought 12500 eye at 6.9169<br><br>CS_0002439-40 | | |
| 117 | | 1/5/09 e-mails between Masters and Lloyd re: DeCinces 216-545863<br><br>CS_0002427-28 | | |
| 118 | | 1/5/09 e-mails between Masters and Lloyd re: DeCinces 216-545863<br><br>CS_0002425-26 | | |
| 119 | | 1/12/09 e-mail from Dixson to Russo re: S 43,500 EYE @$21.60<br><br>CS_0002379 | | |

UNITED STATES v. JAMES MAZZO, et al.,

SA CR NO. 12-269(B)-AG

GOVERNMENT'S EXHIBIT LIST

| EXH. | WITNESS | DESCRIPTION | IDENT | EVID |
|------|---------|-------------|-------|------|
| 120 | | 1/15/09 e-mails between Eggers and Masters re: btw<br><br>CS_0002408 | | |
| 121 | RESERVED | | | |
| 122 | | CS Call Summary | | |
| 123 | | PMB Securities Opening Documents for DeCinces (2004)<br><br>SEC-DOU-0000001-5 | | |
| 124 | | 1/1/09-1/31/09 PMB Securities Account Statement for DeCinces<br><br>USAO_FID10110-17 | | |
| 125 | | PMB Securities Execution Documents for DeCinces' purchases of EYE January 2009<br><br>SEC-DOU-0000040-43 | | |
| 126 | | PMB Securities Trade Confirmations for DeCinces' purchases of EYE stock January 2009<br><br>SEC-DOU-0000009-11 | | |

UNITED STATES v. JAMES MAZZO, et al.,

SA CR NO. 12-269(B)-AG

GOVERNMENT'S EXHIBIT LIST

| EXH. | WITNESS | DESCRIPTION | IDENT | EVID |
|------|---------|-------------|-------|------|
| 127 | | 1/26/09 PMB Securities Corp Wire Transfer Authorization by DeCinces<br><br>SEC-DOU-00000013 | | |
| 128 | | Detail of the Transfer 1/26/09 for Vision<br><br>SEC_DOU-0000012 | | |
| 129 | | Cohee Call Summary | | |
| 130 | | 10/1/08-1/31/09 DeCinces Verizon Wireless Telephone Bills and Spreadsheet Voice Calls (949) 500-5769<br><br>SEC-Verizon-E-0000060-123 | | |
| 131 | | 9/30/08-1/31/09 DeCinces Verizon Wireless Telephone Bills Text Messages (949) 500-5769<br><br>SEC-Verizon-E-000048-58 | | |
| 132 | | 10/1/08-2/4/09 DeCinces' XO Communication Telephone Bills for Strawberry Farms Office (949) 417-4280<br><br>SPC-00103056-3294 | | |

<u>UNITED STATES v. JAMES MAZZO, et al.,</u>

SA CR NO. 12-269(B)-AG

GOVERNMENT'S EXHIBIT LIST

| EXH. | WITNESS | DESCRIPTION | IDENT | EVID |
|------|---------|-------------|-------|------|
| 133 | | 10/1/08-1/31/09 DeCinces' Cox Communications Telephone Bills for his primary home line (949) 376-4024<br><br>SEC-Cox-E-0000001-36 | | |
| 134 | | 10/1/08-1/31/09 DeCinces' Cox Communications Telephone Bills for his secondary home line (949) 376-6684<br><br>SEC-Cox-E-0000046-64 | | |
| 135 | | 10/1/08-1/31/09 DeCinces' Verizon Telephone Bills for his desert house (760) 771-4794<br><br>SEC-Verizon-E-0041228-260 | | |
| 136 | | 7/8/08-1/31/09 Mazzo's AT&T Cellular Bills (714) 264-2275<br><br>ATT-MAZZO-000017-65 | | |
| 137 | | 10/1/08-1/15/09 Mazzo's AT&T records for his EYE office (714) 247-8400 (incoming only)<br><br>USAO-ATT-AMO000001-11 | | |

## UNITED STATES v. JAMES MAZZO, et al.,

### SA CR NO. 12-269(B)-AG

### GOVERNMENT'S EXHIBIT LIST

| EXH. | WITNESS | DESCRIPTION | IDENT | EVID |
|------|---------|-------------|-------|------|
| 138 | | 10/1/08-1/31/09 Mazzo's Cox Communications Telephone Bills for his home line (949) 715-7958<br><br>SEC-COX-E-0000042-45; 76-129 | | |
| 139 | RESERVED | | | |
| 140 | RESERVED | | | |
| 141 | | 8/7/06 Board of Directors Minutes for Intralase<br><br>ABT008428-29 | | |
| 142 | | 10/17/06 Board of Directors Minutes for Intralase<br><br>ABT008459-66 | | |
| 143 | | 10/24/06 Special Committee Minutes for Intralase<br><br>ABT008494-95 | | |
| 144 | | 11/19/06 Special Committee Minutes for Intralase<br><br>ABT008496-98 | | |
| 145 | | 12/1/06 Special Acquisition Committee Minutes for EYE<br><br>ABT008970-73 | | |

### UNITED STATES v. JAMES MAZZO, et al.,

### SA CR NO. 12-269(B)-AG

### GOVERNMENT'S EXHIBIT LIST

| EXH. | WITNESS | DESCRIPTION | IDENT | EVID |
|------|---------|-------------|-------|------|
| 146 | | 1/5/07 Special Acquisition Committee Minutes for EYE<br><br>ABT008983-92 | | |
| 147 | | 1/5/07 Special Board of Directors Meeting Minutes for EYE<br><br>ABT008974-82 | | |
| 148 | | 10/26/06 EYE SEC Form 8-K – Financial results for Third Quarter of 2006 | | |
| 149 | | 1/5/07 EYE SEC Form 8-K – Entry into Merger Agreement with Intralase | | |
| 150 | | SEC Schedule 14A Preliminary Proxy Statement Related to Merger of EYE and Intralase | | |
| 151 | RESEVERED | | | |
| 152 | | DeCinces Personal Calendar July 2006- April 2007<br><br>DDE2001583-1592 | | |

## UNITED STATES v. JAMES MAZZO, et al.,

### SA CR NO. 12-269(B)-AG

### GOVERNMENT'S EXHIBIT LIST

| EXH. | WITNESS | DESCRIPTION | IDENT | EVID |
|------|---------|-------------|-------|------|
| 153 | | Re: <u>The Ho Down</u><br><br>10/13 - 10/24/06 emails between DeCinces and Mazzo regarding Lasik recommendation<br><br>DDE2 017514-16 | | |
| 154 | | Re: <u>Roger</u><br>Re: <u>The Ho Down</u><br><br>10/27 - 10/31/06 e-mail between Mazzo and DeCinces regarding recommendation and BBQ<br><br>DDE2 017365 | | |
| 155 | | Re: <u>No Subject</u><br><br>12/7/06 e-mail between DeCinces and Mazzo regarding pick up time<br><br>DDE2 017088 | | |
| 156 | | 11/29/06-1/09/07 Verizon Wireless Telephone Records for DeCinces' cellular telephone (949) 500-5769<br><br>USAO_INTRALASE_00014-30 | | |

**UNITED STATES v. JAMES MAZZO, et al.,**

SA CR NO. 12-269(B)-AG

GOVERNMENT'S EXHIBIT LIST

| EXH. | WITNESS | DESCRIPTION | IDENT | EVID |
|------|---------|-------------|-------|------|
| 157 | | 11/26/06-1/25/07 Verizon Wireless Telephone Records for F. Scott Jackson's cellular telephone (714) 469-0725 SEC-LIT-VERIZON-E-0000193-226 | | |
| 158 | | 11/1/06-11/30/06 Merrill Lynch Statement for DeCinces Master Account Statement #223-52504 MLB_DOJ_00006404-6411 | | |
| 159 | | Merrill Lynch Trade Summary for DeCinces' trading in Intralase and EYE 12/06-2/07 ML-SEC-MLB-318888 | | |
| 160 | | 12/1/06-12/29/06 Merrill Lynch Statement for DeCinces Master Account Statement #223-52504 ML-SEC-MLB 4386-4401 | | |
| 161 | | 12/30/06-2/28/07 Merrill Lynch Statement for DeCinces Master Account Statement #223-52504 ML-SEC-MLB 4402-27 | | |

## UNITED STATES v. JAMES MAZZO, et al.,

### SA CR NO. 12-269(B)-AG

### GOVERNMENT'S EXHIBIT LIST

| EXH. | WITNESS | DESCRIPTION | IDENT | EVID |
|------|---------|-------------|-------|------|
| 162 | | 12/1/06-12/31/06 DeCinces Credit Suisse Statement for DeCinces Rev. Living Trust<br><br>CS_IRS_0002447-459 | | |
| 163 | | 1/1/07-1/31/07 DeCinces Credit Suisse Statement for DeCinces Rev. Living Trust<br><br>CS_IRS_0002439-446 | | |
| 164 | | 12/06-1/07 F. Scott Jackson's Charles Schwab Trade Confirmations for Intralase<br><br>SEC-Schwab-E-0001224-35 | | |
| 165 | | 12/1/06-12/31/06 Charles Schwab Brokerage Records for F. Scott Jackson<br><br>SEC-Schwab-E-0000209-228 | | |
| 166 | | 1/1/07-1/31/07 Charles Schwab Brokerage Records for F. Scott Jackson<br><br>SEC-Schwab-E-0000149-174 | | |
| 167 | | Jackson Call Summary | | |

## UNITED STATES v. JAMES MAZZO, et al.,

### SA CR NO. 12-269(B)-AG

### GOVERNMENT'S EXHIBIT LIST

| EXH. | WITNESS | DESCRIPTION | IDENT | EVID |
|------|---------|-------------|-------|------|
| 168 | | 7/3/07 e-mails between Robertson and Mazzo re: Favor<br><br>SEC-LIT-LINCOLN-E-0008999-9002 | | |
| 169 | | 10/8/08 e-mails between Roberson and Mazzo re: 1-2 pager<br><br>SEC-LIT-LINCOLN-E-0010893 | | |
| 170 | | 10/10/08 e-mail from Robertson to Mazzo Attachments: Mazzo Termination in 2008 doc; StockOpter EYE 2008-10-10.pdf; 2008 Mazzo AMO Tally 101008.xls<br><br>SEC-LIT-LINCOLN-E-0013405-21&excel | | |
| 171 | | 10/14/08 e-mail from Robertson to Mazzo re: Compensation Package<br><br>SEC-LIT-LINCOLN-E-0013440-3 | | |
| 172 | | 10/16-17/08 e-mails between Robertson, Mazzo, and Link regarding Mazzo's Compensation Offer at Versant Ventures<br><br>[SEC-LIT-LINCOLN-E-0010942-944] | | |

**UNITED STATES v. JAMES MAZZO, et al.,**

SA CR NO. 12-269(B)-AG

GOVERNMENT'S EXHIBIT LIST

| EXH. | WITNESS | DESCRIPTION | IDENT | EVID |
|------|---------|-------------|-------|------|
| 173 | RESERVED | | | |
| 174 | RESERVED | | | |
| 175 | | 12/4/08 e-mail from Robertson to Mazzo re: employment contract<br><br>SEC-LIT-LINCOLN-E-0013445-450 | | |
| 176 | | 1/2/09 e-mail from Mazzo to Robertson re: FW: Jim Mazzo Documents<br><br>SEC-LIT-LINCOLN-E-0010492-525 | | |
| 177 | | 1/7/09 e-mail from Mazzo to Robertson re: Agreement<br><br>SEC-LIT-LINCOLN-E-0010526-28 | | |
| 178 | | 2/12/09 e-mail from Adams to Robertson re: estimated AMO proceeds – Abbott purchase<br><br>SEC-LIT-LINCOLN-E-0013337 | | |
| 179 | | Schedule of DeCinces's Physical Therapy Appointments 12/3/08-1/28/09<br><br>SPC-00069892 | | |

**UNITED STATES v. JAMES MAZZO, et al.,**

SA CR NO. 12-269(B)-AG

GOVERNMENT'S EXHIBIT LIST

| EXH. | WITNESS | DESCRIPTION | IDENT | EVID |
|------|---------|-------------|-------|------|
| 180 | | Detail of DeCinces's Physical Therapy Appointments 10/22/08-1/28/09<br><br>USAO_JD_000228-230 | | |
| 181 | | Donahue's Verizon Cellular Telephone Bill (949) 533-8892 11/26/08-1/25/09<br><br>SEC-Verizon-E-0001215-1239 | | |
| 182 | Donohue/ Fragnito | Raymond James Trade History for Donohue's EYE trades 12/08-1/09 for Account No. 51944633 (Trust Account)<br><br>SEC-Fragnito-0000115-117 | | |
| 183 | | Raymond James Trade History for Donohue's EYE trades 12/08-1/09 for Account No. 76251357 (IRA Account)<br><br>SEC-Fragnito-0000118-119 | | |

**UNITED STATES v. JAMES MAZZO, et al.,**

SA CR NO. 12-269(B)-AG

GOVERNMENT'S EXHIBIT LIST

| EXH. | WITNESS | DESCRIPTION | IDENT | EVID |
|------|---------|-------------|-------|------|
| 184 | | Donohue's Raymond James Account Summaries for Account No. 51944633 (Trust Account) 11/28/08-1/30/09<br><br>SEC-RJ-E-0000217-226; 249-256 | | |
| 185 | | Donohue's Raymond James Account Summaries for Account No. 76251357 (IRA Account) 11/28/08-1/30/09<br><br>SEC-RJ-E-0000505-14; 523-38 | | |
| 186 | | Raymond James' Entries Regarding Donohue's Trading in EYE 1/09<br><br>SEC-Fragnito-0000094-114 | | |
| 187 | | 1/12/09 email from Phelps to Lee re: Give me a call on my cell<br><br>ML-SEC-MLB 1902 | | |
| 188 | | 12/18/08 e-mails between and Phelps re: Incoming Wire<br><br>ML-SEC-MLB 0265-66 | | |

## UNITED STATES v. JAMES MAZZO, et al.,

### SA CR NO. 12-269(B)-AG

### GOVERNMENT'S EXHIBIT LIST

| EXH. | WITNESS | DESCRIPTION | IDENT | EVID |
|------|---------|-------------|-------|------|
| 189 |  | 12/19/08 e-mails between Parker and Phelps re: Wire Transfer<br><br>ML-SEC-MLB 0253-255 |  |  |
| 190 |  | 12/18/08 e-mail from Phelps to Parker re: LMA Balance<br><br>ML-SEC-MLB-194 |  |  |
| 191 |  | 1/5/09 – 1/6/09 between Parker and Phelps confirming 5,000 EYE shares<br><br>ML-SEC-MLB 3177-80 |  |  |
| 192 |  | 1/8/09 e-mail from Phelps to Campbell re: Parker<br><br>ML-SEC-MLB 1384 |  |  |
| 193 |  | 1/13/09 e-mail from Phelps to Lee re: David Parker EYE Trade Fact Patter<br><br>ML-SEC-MLB 1945 |  |  |
| 194 |  | 1/13/09 e-mail from Phelps to Lee re: Account Inquiry 207-12824<br><br>ML-SEC-MLB 1359-61 |  |  |
| 195 |  | Parker Call Summary |  |  |

<u>UNITED STATES v. JAMES MAZZO, et al.,</u>

SA CR NO. 12-269(B)-AG

GOVERNMENT'S EXHIBIT LIST

| EXH. | WITNESS | DESCRIPTION | IDENT | EVID |
|------|---------|-------------|-------|------|
| 196 | | 10/1/08-1/31/09 AT&T Telephone Bills for SRS Insurance (714) 745-1005<br><br>ATT00000001-51 | | |
| 197 | | 10/13/08-1/31/09 AT&T Telephone Bills for Phelps (949) 378-7692<br><br>SEC-ATT-E-0000828-851 | | |
| 198 | | Parker's Merrill Lynch Client Questionnaire<br><br>MLB-DOJ-00006670-6697 | | |
| 199 | | Parker's Merrill Lynch Account Statements for Account No. 207-12824 11/29/08-12/31/08<br><br>SPC-00217360-7401 | | |
| 200 | | Parker's Merrill Lynch Account Statements for Account No. 207-12150 207-12824 (1/1/09-1/30/09)<br><br>Various Bates Ranges | | |
| 201 | | Merrill Lynch Trade Confirmations for Parker's EYE trades 1/09<br><br>ML 000057-68; ML-SEC-MLB 0270 | | |

## UNITED STATES v. JAMES MAZZO, et al.,

### SA CR NO. 12-269(B)-AG

### GOVERNMENT'S EXHIBIT LIST

| EXH. | WITNESS | DESCRIPTION | IDENT | EVID |
|------|---------|-------------|-------|------|
| 202 | | 1/8/09 Wire Transfer from Yodigity Ventures, LLC to Parker's Merrill Lynch Account<br><br>SEC-LIT-ZIONS-E-0005156 | | |
| 203 | | 1/1/09-1/31/09 Zions Bank Account for Yodigity Ventures, LLC<br><br>SEC-LIT-ZIONS-E-0001653-660 | | |
| 204 | | Merrill Lynch documents regarding $212,500 Yodigity check from Parker's account on 1/21/09<br><br>ML-SEC-MLB 0264 | | |
| 205 | | 1/13/09 e-mail from Parker to Phelps re: Accounts<br><br>ML-SEC-MLB 0262 | | |
| 206 | | Parker SEC's investigative testimony transcript<br><br>**REDACTED** | | |

## UNITED STATES v. JAMES MAZZO, et al.,

### SA CR NO. 12-269(B)-AG

### GOVERNMENT'S EXHIBIT LIST

| EXH. | WITNESS | DESCRIPTION | IDENT | EVID |
|------|---------|-------------|-------|------|
| 207 | | 8/18/12 e-mail from Parker to Bishop Ron Asay<br><br>**REDACTED**<br><br>SEC-LIT-E-Parker_E-0000116-8 | | |
| 208 | RESERVED | | | |
| 209 | | 1/6/09 e-mail between DeCinces and Pam Walters re: Pacific Club on Thursday<br><br>DDE004647-48 | | |
| 210 | | 1/8/09 Jackson's breakfast receipt from the Pacific Club<br><br>SPC-00054939-40 | | |
| 211 | | 12/26/08-1/25/09 Verizon Wireless Telephone Bills for Jackson (714) 469-0725<br><br>SEC-Verizon-E-0000189-209 | | |
| 212 | | Jackson Call Summary | | |
| 213 | | Charles Schwab EYE Trade Confirmations for Jackson's Trades in EYE 1/09<br><br>JACKSON-SCHWAB-000007, 9, 13, 15, 19 | | |

## UNITED STATES v. JAMES MAZZO, et al.,

### SA CR NO. 12-269(B)-AG

### GOVERNMENT'S EXHIBIT LIST

| EXH. | WITNESS | DESCRIPTION | IDENT | EVID |
|------|---------|-------------|-------|------|
| 214 | | 1/1/09-1/30/09 Charles Schwab Account Statements for Jackson<br><br>JACKSON-SCHWAB 000468-513 | | |
| 215 | | Charles Schwab Order File for Jackson's Trades in EYE<br><br>SEC-Schwab-E-0025438-9<br><br>SEC-Schwab-E-0001313-5 | | |
| 216 | | 1/1/09-1/31/09 Paulson Account Statement for Jackson (758-15837)<br><br>JACKSON-RBC-000052-59 | | |
| 217 | | 1/1/09-1/31/09 Banc of America Statement for Jackson (W80-397253)<br><br>JACKSONFIDELITY-001122-33 | | |
| 218 | | 1/1/09-1/31/09 Banc of America Statement for Jackson (W80-396630)<br><br>JACKSONFIDELITY-000888-899 | | |
| 219 | | Banc of America Trade Confirmations for Jackson's EYE purchases 1/09<br><br>SEC-Fidelity-E-1, 5<br><br>BAIS/SEC(P-152) 000189 | | |

**UNITED STATES v. JAMES MAZZO, et al.,**

SA CR NO. 12-269(B)-AG

GOVERNMENT'S EXHIBIT LIST

| EXH. | WITNESS | DESCRIPTION | IDENT | EVID |
|------|---------|-------------|-------|------|
| 220 | | 1/1/09-1/31/09 Paulson Account Statement for Hackett (758-16960)<br><br>SEC-RBC-E-0000199-213 | | |
| 221 | | Hackett's Margin Account Agreement & Application for SL Stock Trading Co. Inc.<br><br>SEC-LIT-PAULSON-E-234 | | |
| 222 | | Murray Call Summary | | |
| 223 | | 12/12/08-1/26/09 Murray's Cellular Telephone Records (917) 951-1685<br><br>EM00283-321 | | |
| 224 | | 11/09/08-1/31/09 Murray's AT&T Home Telephone Records (661) 251-3841<br><br>ATT-MURRAY-00001-11; 25-32 | | |
| 225 | | 1/1/09-1/31/09 Fidelity Investments Report for Murray & Trade confirmations<br><br>SEC-Fiderlity-E-6573; Geier-Murray-3529-3532 | | |
| 226 | | Murray's Grand Jury Transcript | | |

## UNITED STATES v. JAMES MAZZO, et al.,

### SA CR NO. 12-269(B)-AG

### GOVERNMENT'S EXHIBIT LIST

| EXH. | WITNESS | DESCRIPTION | IDENT | EVID |
|------|---------|-------------|-------|------|
| 227 | | 7/21/06-8/20/06 Cox Communication Telephone Bill for Mazzo's Residence (949) 715-7958<br><br>JVM 00006540-6549 | | |
| 228 | | 10/23/06 e-mails between Wittenbach, Mazzo, and DeCinces regarding Lasik recommendation<br><br>DDE 017526-8 | | |
| 229 | | 10/25/06 e-mails between Wittenbach, Mazzo, and DeCinces regarding Lasik recommendation<br><br>DDE2 017487-90 | | |
| 230 | | 10/25/06 e-mails between Wittenbach, Mazzo, and DeCinces regarding Lasik recommendation<br><br>DDE2 017483-86 | | |
| 231 | | 10/31/06 e-mails between Wittenbach, Mazzo, and DeCinces regarding Lasik recommendation<br><br>DDE2 017387-88 | | |

### UNITED STATES v. JAMES MAZZO, et al.,

### SA CR NO. 12-269(B)-AG

### GOVERNMENT'S EXHIBIT LIST

| EXH. | WITNESS | DESCRIPTION | IDENT | EVID |
|------|---------|-------------|-------|------|
| 232 | | 11/20/08 e-mails between Wittenbach and DeCinces re: I knew something freaked me out about that dress . . . . <br><br> DDE 002894-96 | | |
| 233 | | 1/7/09 e-mail between Wittenbach and DeCinces re: A forward to 2009 <br><br> DDE 001943-45 | | |
| 234 | | Wittenbach Telephone Call Summary | | |
| 235 | | 12/11/08-2/10/09 Verizon Wireless Bill for Wittenbach (410) 456-6777 <br><br> RW001461-1482 | | |
| 236 | | 1/09 PayTec Telephone Bills for Wittenbach's work line (410) 667-6400 <br><br> RW001809 | | |
| 237 | | 12/08 Verizon Telephone Bill for Wittenbach's home line (410) 823-1006 <br><br> RW001836-43 | | |

## UNITED STATES v. JAMES MAZZO, et al.,

### SA CR NO. 12-269(B)-AG

### GOVERNMENT'S EXHIBIT LIST

| EXH. | WITNESS | DESCRIPTION | IDENT | EVID |
|------|---------|-------------|-------|------|
| 238 | | 1/1/09-1/31/09 Fidelity Statement for Wittenbach<br><br>SEC-Farr-0000479-485 | | |
| 239 | | 12/08/08-1/14/09 Verizon Telephone Records for Farr (301) 717-1515<br><br>SEC-LIT-VERIZON-E-0001425-50 | | |
| 240 | | 1/8/09 Transaction Record for Wittenbach and Trade Confirmations<br><br>SEC-Farr-0001333-37<br><br>MF-000022 | | |
| 241 | | 1/8/09 Wachovia Securities EYE Trade Confirmations for Brink<br><br>PB000000002-8 | | |
| 242 | | 1/1/09-1/31-09 Wachovia Securities Account Statement for Brink<br><br>PB0000000474-87 | | |
| 243 | | Transaction Record for Farr's EYE Trade and Trade Confirmations<br><br>MF-000028-31 | | |

UNITED STATES v. JAMES MAZZO, et al.,

SA CR NO. 12-269(B)-AG

GOVERNMENT'S EXHIBIT LIST

| EXH. | WITNESS | DESCRIPTION | IDENT | EVID |
|------|---------|-------------|-------|------|
| 244 | | 1/1/09-1/31/09 Fidelity Statement for Farr<br><br>SEC-MF-E-0000325-330 | | |
| 245 | | Call Summary (DeCinces, T. DeCinces, and Fullerton) | | |
| 246 | | 11/17/08-1/14/09 AT&T Telephone Records for T. DeCinces home line (949) 514-0434<br><br>USAO ATT 00082-87 | | |
| 247 | | 11/04/08-2/3/09 Verizon Telephone Records for T. DeCinces' cellular phone (949) 636-7248<br><br>VERIZON-DECINCES-000512-565 | | |
| 248 | | 1/2/09-1/30-09 Telephone Records for Home Plate Development, LLC (T. DeCinces' work line)<br><br>(949) 574-0222<br><br>SEC-Aptela-E-0000062 &64 | | |

## UNITED STATES v. JAMES MAZZO, et al.,

### SA CR NO. 12-269(B)-AG

### GOVERNMENT'S EXHIBIT LIST

| EXH. | WITNESS | DESCRIPTION | IDENT | EVID |
|------|---------|-------------|-------|------|
| 249 | | 12/1/08-1/31/09 Smith Barney Account Statements for T. DeCinces<br><br>USAP_SB_1243-1255<br><br>USAO_SB_01840 | | |
| 250 | | Grand Jury Transcript for T. DeCinces | | |
| 251 | | 12/17/08 e-mail from Decoteau to Fullerton re: Doug DeCinces just called . . .<br><br>000009682 | | |
| 252 | | Summary of EYE trades placed by Fullerton<br><br>SEC-Citi-E-0000001-2 | | |
| 253 | | 1/1/09-1/31/09 Smith Barney Account Statement for Fullerton<br><br>0000001970-1983 | | |
| 254 | | 1/1/09-1/31/09 Smith Barney Account Statement for David Charvet<br><br>000001286-1296 | | |

## UNITED STATES v. JAMES MAZZO, et al.,

### SA CR NO. 12-269(B)-AG

### GOVERNMENT'S EXHIBIT LIST

| EXH. | WITNESS | DESCRIPTION | IDENT | EVID |
|------|---------|-------------|-------|------|
| 255 | | 1/1/09-1/31/09 Smith Barney Account Statement for Alan Robert Greeley<br><br>00000071-76 | | |
| 256 | | Fullerton's SEC Testimony | | |
| 257 | | Fullerton Civil Deposition | | |
| 258 | | Fullerton Grand Jury Testimony | | |
| 259 | | Robert Fullerton DMV Printout | | |
| 260 | | 11/1/08-2/14/09 Verizon Telephone Bill for Williams (949) 903-1349<br><br>TJW SEC 000086-117 | | |
| 261 | | 12/10/08 e-mails between K. Mangano and Steele re: quicksilver is interesting . . . .<br><br>WFA 000004167-69 | | |
| 262 | | 12/15/08 e-mail from K. Mangano to Lance re: HEY MICHELLE<br><br>WFA 000004529 | | |

### UNITED STATES v. JAMES MAZZO, et al.,

### SA CR NO. 12-269(B)-AG

### GOVERNMENT'S EXHIBIT LIST

| EXH. | WITNESS | DESCRIPTION | IDENT | EVID |
|------|---------|-------------|-------|------|
| 263 | | 12/29/08 e-mails between K. Mangano and Steele<br><br>WFA 000003906-9 | | |
| 264 | | 1/12/09 e-mail from A. Mangano to K. Mangano<br><br>WFA 000003512 | | |
| 265 | | 12/1/08-1/31/09 Wachovia Securities Account Statements for TJ Williams<br><br>WACHOVIA-WILLIAMS-0001-4; 21-27 | | |
| 266 | | Schedule of Trades of EYE shares placed by Mangano | | |
| 267 | | SEC Testimony of K. Mangano | | |
| 268 | | K. Mangano Civil Deposition | | |
| 269 | | DMV Printout T.J. Williams | | |
| 270 | | 6/29/07 e-mail regarding acquisition proposition to Special Committee of Board of Directors for BOL<br><br>ABT022917-20 | | |

UNITED STATES v. JAMES MAZZO, et al.,

SA CR NO. 12-269(B)-AG

GOVERNMENT'S EXHIBIT LIST

| EXH. | WITNESS | DESCRIPTION | IDENT | EVID |
|---|---|---|---|---|
| 271 | | 7/1/07 e-mail from Barron to Mazzo/ Weisner re: Questions ABT023051-56 | | |
| 272 | | 7/3/07 e-mail from Chesterman to Mazzo re: AMO confirms interest in BOL 052407 ABT023057-59 | | |
| 273 | | 1/5/07 e-mail from Kelly to EYE team re: AMO Coverage ABT023060-62 | | |
| 274 | | 7/10/07 SEC Form 8-K Filing by EYE regarding BOL proposal | | |
| 275 | RESERVED | | | |
| 276 | RESERVED | | | |
| 277 | | 7/3/07 e-mail from Covyeau to Axelson re: Pls phone Doug DeCinces on Thursday, 7/5 ML-SEC-MLB 5056 | | |
| 278 | | 7/5/07 Trade Confirmations for DeCinces' purchases of BOL and sales of EYE ML 00707 | | |

46

## UNITED STATES v. JAMES MAZZO, et al.,

### SA CR NO. 12-269(B)-AG

### GOVERNMENT'S EXHIBIT LIST

| EXH. | WITNESS | DESCRIPTION | IDENT | EVID |
|------|---------|-------------|-------|------|
| 279 | | 5/10/07-7/9/07 Verizon Telephone Bills for DeCinces (949) 500-5769<br><br>SEC-LIT-VERIZON-E-0002257-2270 | | |
| 280 | | 6/30/07-10/31/07 Merrill Lynch Account Statement for DeCinces<br><br>ML-SEC-MLB 4461-4469; MLB – DOJ 00006496-6502-19 | | |
| 281 | | Mazzo's Responses to Interrogatories and Request for Admissions in SEC v. James Mazzo, et al.<br><br>**REDACTED** | | |
| 282 | | Chart of EYE | | |
| 283 | RESERVED | | | |
| 284 | | 4/13/06 BOL 8-K | | |
| 285 | | 4/14/06 BOL 8-K | | |
| 286 | | 5/15/06 BOL 8-K | | |
| 287 | | DMV printout T. DeCinces | | |

**UNITED STATES v. JAMES MAZZO, et al.,**

SA CR NO. 12-269(B)-AG

GOVERNMENT'S EXHIBIT LIST

| EXH. | WITNESS | DESCRIPTION | IDENT | EVID |
|------|---------|-------------|-------|------|
| 288 | | Cox Communications, Inc. DeCinces' Home Number (949) 376-4024 Jan. 2009- Mar. 2009 COX-00001-44 | | |
| 289 | | Morrison Notes of DeCinces Interview **REDACTED** | | |
| 290 | | Waxman Notes of DeCinces Interview | | |
| 291 | | Waxman DeCinces Memorandum | | |
| 292 | | ILSE Trading Summary – Douglas DeCinces | | |
| 293 | | ILSE Trading Summary – F. Scott Jackson | | |
| 294 | | EYE Trading Summary – Douglas DeCinces | | |
| 295 | | EYE Trading Summary – Timothy DeCinces | | |
| 296 | | EYE Trading Summary – Eddie Murray | | |
| 297 | | EYE Trading Summary – T.J. Williams | | |
| 298 | | EYE Trading Summary – David Parker | | |
| 299 | | EYE Trading Summary – Roger Wittenbach | | |

## UNITED STATES v. JAMES MAZZO, et al.,

### SA CR NO. 12-269(B)-AG

### GOVERNMENT'S EXHIBIT LIST

| EXH. | WITNESS | DESCRIPTION | IDENT | EVID |
|------|---------|-------------|-------|------|
| 300 | | EYE Trading Summary – F. Scott Jackson | | |
| 301 | | EYE Trading Summary – Joseph Donohue | | |
| 302 | | EYE Trading Summary – Robert Fullerton | | |
| 303 | | EYE Trading Summary – Kerry Mangano | | |
| 304 | | EYE Trading Summary – Patricia Brink | | |
| 305 | | EYE Trading Summary – Michael Farr | | |
| 306 | | EYE Trading Summary – Kim Hackett/SL Stock Trading Co. | | |
| 307 | | EYE Trading Summary – David Charvet | | |
| 308 | | EYE Trading Summary – Allen Greely | | |
| 309 | | EYE Trading Summary – Andrew Mangano | | |
| 310 | | 1/30/09 e-mail from Patterson to Goetz, Subject: NYSE<br>SA 81301 | | |
| 311 | | Declaration of Diane W. Biaginati | | |

## UNITED STATES v. JAMES MAZZO, et al.,

### SA CR NO. 12-269(B)-AG

### GOVERNMENT'S EXHIBIT LIST

| EXH. | WITNESS | DESCRIPTION | IDENT | EVID |
|------|---------|-------------|-------|------|
| 312 | | 2/19/09 Emails between Morrison, Waxman, & Biagianti regarding Mazzo interview<br><br>S-32-35 | | |
| 313 | | Calendar Notice and Skadden Billing record for 2/20/09 Interview of Mazzo<br><br>S-36; S-47 | | |
| 314 | | E-mails regarding DeCinces Interview<br><br>S 1-9 | | |
| 315 | | Skadden Billing Record for 3/24/09 DeCinces Interview | | |
| 316 | | Parker's Merrill Lynch Account Statements for Account No. 207-12150 8/1/08-12/31/08<br><br>Various Bates Ranges | | |
| 317 | | DMV Printout Eddie Murray | | |
| 318 | | DMV Printout Kerry Mangano | | |
| 319 | | DMV Printout F. Scott Jackson | | |

**UNITED STATES v. JAMES MAZZO, et al.,**

SA CR NO. 12-269(B)-AG

GOVERNMENT'S EXHIBIT LIST

| EXH. | WITNESS | DESCRIPTION | IDENT | EVID |
|---|---|---|---|---|
| 320 | | June 29, 2007 Letter from EYE to BOL<br><br>JVM 29440-473 | | |
| 321 | | July 3, 2007 Letter from BOL to EYE<br><br>JVM 29475-480 | | |
| 322 | | July 3, 2007 Letter form EYE to BOL<br><br>JVM 29481 | | |
| 323 | | DMV Printout Roger Wittenbach | | |
| 324 | | DMV Printout Patricia Brink | | |
| 325 | | DMV Printout Kim Hackett | | |
| 326 | | 3/18/09 e-mail between Mazzo and DeCinces RE: Follow-up<br><br>DDE 3041-42 | | |
| 327 | | ILSE Price/Volume Data | | |
| 328 | | BOL Price/Volume Data | | |
| 329 | | EYE Price/Volume Data | | |
| 330 | | Hackett's AT&T Cellular Phone Bills<br><br>(801) 403-7424<br><br>SEC-ATT-89-103 | | |

## UNITED STATES v. JAMES MAZZO, et al.,

### SA CR NO. 12-269(B)-AG

### GOVERNMENT'S EXHIBIT LIST

| EXH. | WITNESS | DESCRIPTION | IDENT | EVID |
|------|---------|-------------|-------|------|
| 331 | | Egger's AT&T Cell Phone Records (310) 503-2447 SEC-ATT-E-724-792 | | |