UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| | | | |
|---|---|---|---|
| Case No. | SACR 12-269(B)-AG | Date | May 11, 2017 |
| Present: The Honorable | ANDREW J GUILFORD | | |
| Interpreter | | | |

| Lisa Bredahl | Miriam Baird | Stephen Cazares/Jennifer Waier/Lawrence Kole/Ivy Wang |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1. DOUGLAS V DECINCES | X | | X | Kenneth Julian, G Mott, A Bhoumik, N Gutierrez | X | | X |
| 2. DAVID PARKER | X | | X | George Brunt, Jeffrey Tatch | X | | X |
| 5. JAMES V MAZZO | X | | X | C Sloan, D Smith, K Lloyd, J Steinfeld | X | | X |

\_\_\_ Day COURT TRIAL        36th Day JURY TRIAL        \_\_\_ Death Penalty Phase

\_\_\_ One day trial;    \_\_\_ Begun (1st day);    X Held & continued;    \_\_\_ Completed by jury verdict/submitted to court.

\_\_\_ The Jury is impaneled and sworn.

\_\_\_ Opening statements made _____

\_\_\_ Witnesses called, sworn and testified.

\_\_\_ Exhibits identified \_\_\_ Exhibits admitted

\_\_\_ Government rests.    \_\_\_ Defendant(s) _____ rest.

\_\_\_ Motion for mistrial by _____ is \_\_\_ granted \_\_\_ denied \_\_\_ submitted

\_\_\_ Motion for judgment of acquittal (FRCrP 29) is \_\_\_ granted \_\_\_ denied \_\_\_ submitted

\_\_\_ Closing arguments made    \_\_\_ Court instructs jury    \_\_\_ Bailiff sworn

\_\_\_ Finding by Court as follows:    \_\_\_ Jury Verdict as follows:

Dft # \_\_\_    \_\_\_ Guilty on count(s) \_\_\_    \_\_\_ Not Guilty on count(s) \_\_\_

\_\_\_ Jury polled    \_\_\_ Polling waived

\_\_\_ Filed Witness & Exhibit lists    \_\_\_ Filed Jury notes    \_\_\_ Filed Jury Instructions    \_\_\_ Filed Jury Verdict

\_\_\_ Dft # \_\_\_ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

\_\_\_ Dft # \_\_\_ remanded to custody.    Remand/Release# \_\_\_ issd.    Dft # \_\_\_ released from custody.

\_\_\_ Bond exonerated as to Dft # \_\_\_

X Case continued to May 12, 2017 at 8:00 a.m. for further trial/further jury deliberation.

X Other: Jury deliberations resume. The Court addresses a jury note in open court.

: 25

Initials of Deputy Clerk  lmb