

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
DEPARTMENT 10D

Case No. SACR12-0269 AG          Date: 5/12/17

                                  Time: 9:07 am

Case Name:   U.S.A. v. Decinces, et al.

REDACTED
JURY NOTE NUMBER   4

☐   THE JURY HAS REACHED A UNANIMOUS VERDICT.

☐   THE JURY REQUESTS THE FOLLOWING:

On certain counts we could not reach a verdict.

SIGNED: _____
          FOREPERSON OF THE JURY