# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | SACR 12-00269 AG |
| Date | June 14, 2017 |

Present: The Honorable  Andrew J. Guilford, U.S. District Judge

Interpreter

| Lisa Bredahl | Not Present | Ivy A. Wang et al. (Not Present) |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1. Douglas V. DeCinces | NOT | | X | 1. Kenneth Julian et al. | NOT | | X |
| 2. David Parker | NOT | | X | 2. George Brunt et al. | NOT | | X |
| 5. James V. Mazzo | NOT | | X | 3. Richard Marmaro et al. | NOT | | X |

**Proceedings:**     **[IN CHAMBERS] ORDER**

For reasons of calendar management, judicial economy, and convenience to the parties, the Court ADVANCES the October 2, 2017 hearing on Defendant Mazzo's renewed motion for a judgment of acquittal. (Dkt. No. 613.) Now, all of Defendants' pending motions will be heard on the same date—Monday, July 24, 2017 at 1:30 p.m. (Dkt. Nos. 613, 614, 618, 619, 621, 622, 623, 628.)

: 0

Initials of Deputy Clerk  lmb