## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | SACR 12-00269 AG | Date | June 22, 2017 |
|---|---|---|---|

| Present: The Honorable | Andrew J. Guilford, U.S. District Judge |
|---|---|
| Interpreter | |

| Lisa Bredahl | Not Present | Ivy A. Wang et al. (Not Present) |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1. Douglas V. DeCinces | NOT | | X | 1. Kenneth Julian et al. | NOT | | X |
| 2. David Parker | NOT | | X | 2. George Brunt et al. | NOT | | X |
| 3. James V. Mazzo | NOT | | X | 3. Richard Marmaro et al. | NOT | | X |

**Proceedings:**     **[IN CHAMBERS] ORDER**

Trial in this case is now set for September 19, 2017 at 9:00am. The interest of justice and the Court's calendar require attention to how the trial progresses and the length of the trial, which will be addressed after the Court reviews briefs submitted on that issue.

Last day to file motions is August 4, 2017.  Motions to be noticed for hearing on September 11, 2017 at 1:30 p.m.

|  | : | 0 |
|---|---|---|
| Initials of Deputy Clerk | lmb | |