RICHARD MARMARO (Bar No. 091387)
richard.marmaro@skadden.com
MATTHEW E. SLOAN (Bar No. 165165)
matthew.sloan@skadden.com
KEVIN D. LLOYD (Bar No. 242863)
kevin.lloyd@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071-3144
Telephone:   (213) 687-5000
Fax:              (213) 687-5600

CLIFFORD M. SLOAN (pro hac vice)
cliff.sloan@skadden.com
CAROLINE S. VAN ZILE (pro hac vice)
caroline.vanzile@skadden.com
BRENDAN B. GANTS (pro hac vice)
brendan.gants@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
Telephone:   (202) 371-7000
Facsimile:   (202) 393-5760

Attorneys for Defendant James V. Mazzo

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>JAMES V. MAZZO,<br><br>            Defendant. | CASE NO. 8:12-cr-00269(B)-AG<br><br>**JAMES V. MAZZO'S APPLICATION FOR LEAVE TO FILE ON PUBLIC DOCKET MOTION TO DISMISS THE COUNTS AGAINST HIM FOR GOVERNMENT MISCONDUCT**<br><br>Hon. Andrew J. Guilford<br>Hearing Date: September 11, 2017<br>Time:              1:30 p.m.<br>Courtroom:   10D |

Defendant James V. Mazzo, by and through his attorneys, hereby submits this Application for Leave to File On the Public Docket his Motion to Dismiss the Counts Against Him for Government Misconduct. This application is supported by the attached memorandum, the files and records in this case, and any evidence or argument presented at any hearing on this matter.

DATED: August 4, 2017

Respectfully submitted,
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
Richard Marmaro
Clifford M. Sloan
Matthew E. Sloan
Kevin D. Lloyd
Caroline S. Van Zile
Brendan B. Gants

By: ____/s/Richard Marmaro____
       Richard Marmaro

*Attorneys for James V. Mazzo*

i

JAMES V. MAZZO'S APPLICATION FOR LEAVE TO FILE ON PUBLIC DOCKET MOTION TO DISMISS THE COUNTS AGAINST HIM FOR GOVERNMENT MISCONDUCT
No. 8:12-CR-00269(B)-AG

## 1.0 Introduction

James V. Mazzo hereby applies for this Court's permission to file on the public docket his Motion to Dismiss the Counts Against Him for Government Misconduct.

## 2.0 The March 7, 2013 Order Allowing Disclosure of Grand Jury Testimony

On March 7, 2013, the Court ordered copies of the grand jury testimony in this case to be disclosed to the defense. (Dkt. 43.) Pursuant to that Order, "defense counsel shall not disclose such grand jury testimony to any other person or persons . . . without prior authorization from the Court." (Id. at 2.) The Court has granted motions to unseal some documents, including certain grand jury materials, previously under seal in this matter. (Dkt. 422.)

## 3.0 Mr. Mazzo's Motion to Dismiss Should Be Filed on the Public Docket

The Supreme Court has held that, in general, the public has a right of access to criminal proceedings. See, e.g., Globe Newspaper Co. v. Super. Ct. for the Cty. Of Norfolk, 457 U.S. 596, 606 (1982). The Ninth Circuit has held that the public generally has a right of access to pretrial documents in criminal cases, and has noted that such documents "are often important to a full understanding of the way in which the judicial process and the government as a whole are functioning." Associated Press v. U.S. Dist. Ct. for Cent. Dist. of Cal., 705 F.2d 1143, 1145 (9th Cir. 1983) (internal quotation marks omitted).

Mr. Mazzo's motion to dismiss the Counts against him for government misconduct is such a document. The motion describes flagrant misconduct by the government in vindictively prosecuting Mr. Mazzo, undermining the grand jury's independence with false and misleading testimony, and continuing at trial to make false statements and suggest the existence of facts it knew were not true. The motion

1

JAMES V. MAZZO'S APPLICATION FOR LEAVE TO FILE ON PUBLIC DOCKET MOTION TO DISMISS THE COUNTS AGAINST HIM FOR GOVERNMENT MISCONDUCT
No. 8:12-CR-00269(B)-AG

raises important issues which go to "the way in which 'the judicial process and the government as a whole' are functioning," and the public has a right to access it. Id.

Mr. Mazzo respectfully submits that secrecy concerning the grand jury testimony quoted and described in the motion is neither necessary nor consistent with Ninth Circuit case law regarding the public right of access, and therefore asks that the Court grant his request to file the motion on the public docket. Mr. Mazzo proposes to file the motion publicly with redactions of personal identification information and to redact as the Court may deem appropriate the exhibits filed with the motion, or else to file the exhibits under seal.

### 4.0   Conclusion

For the foregoing reasons, Mr. Mazzo respectfully requests that the Court grant him leave to file his Motion to Dismiss the Counts Against Him for Government Misconduct on the public docket.

DATED: August 4, 2017

Respectfully submitted,
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Richard Marmaro
Clifford M. Sloan
Matthew E. Sloan
Kevin D. Lloyd
Caroline S. Van Zile
Brendan B. Gants

By:     /s/Richard Marmaro
            Richard Marmaro

*Attorneys for James V. Mazzo*

2

JAMES V. MAZZO'S APPLICATION FOR LEAVE TO FILE ON PUBLIC DOCKET MOTION TO DISMISS THE COUNTS AGAINST HIM FOR GOVERNMENT MISCONDUCT
No. 8:12-CR-00269(B)-AG