RICHARD MARMARO (Bar No. 091387)
richard.marmaro@skadden.com
MATTHEW E. SLOAN (Bar No. 165165)
matthew.sloan@skadden.com
KEVIN D. LLOYD (Bar No. 242863)
kevin.lloyd@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071-3144
Telephone: (213) 687-5000
Fax: (213) 687-5600

CLIFFORD M. SLOAN (pro hac vice)
cliff.sloan@skadden.com
CAROLINE S. VAN ZILE (pro hac vice)
caroline.vanzile@skadden.com
BRENDAN B. GANTS (pro hac vice)
brendan.gants@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
Telephone: (202) 371-7000
Facsimile: (202) 393-5760

Attorneys for Defendant James V. Mazzo

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 8:12-cr-00269(B)-AG |
| Plaintiff, | **ORDER RE: JAMES V. MAZZO'S APPLICATION FOR LEAVE TO FILE ON PUBLIC DOCKET MOTION TO DISMISS THE COUNTS AGAINST HIM FOR GOVERNMENT MISCONDUCT** |
| v. | |
| JAMES V. MAZZO, | |
| Defendant. | Hon. Andrew J. Guilford<br>Hearing Date: September 11, 2017<br>Time: 1:30 p.m.<br>Courtroom: 10D |

**ORDER**

Having considered Defendant James V. Mazzo's Application for Leave to File on Public Docket Motion to Dismiss the Counts Against Him for Government Misconduct, the Court hereby GRANTS the Application and ORDERS that James V. Mazzo's Motion to Dismiss the Counts Against Him for Government Misconduct may be filed on the public docket.

IT IS SO ORDERED.

DATED:   August 22, 2017

_____
**The Honorable Andrew J. Guilford**
Judge of the United States District Court
for the Central District of California

Respectfully Submitted By:
/s/ Richard Marmaro
RICHARD MARMARO
Attorney for Defendant
James V. Mazzo

1

[PROPOSED] ORDER RE: JAMES V. MAZZO'S APPLICATION FOR LEAVE TO FILE ON PUBLIC DOCKET MOTION TO DISMISS THE COUNTS AGAINST HIM FOR GOVERNMENT MISCONDUCT
No. 8:12-CR-00269(B)-AG