1  RICHARD MARMARO (Bar No. 091387)
   richard.marmaro@skadden.com
2  MATTHEW E. SLOAN (Bar No. 165165)
   matthew.sloan@skadden.com
3  KEVIN D. LLOYD (Bar No. 242863)
   kevin.lloyd@skadden.com
4  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Avenue, Suite 3400
5  Los Angeles, California 90071-3144
   Telephone:  (213) 687-5000
6  Fax:         (213) 687-5600

7  CLIFFORD M. SLOAN (pro hac vice)
   cliff.sloan@skadden.com
8  CAROLINE S. VAN ZILE (pro hac vice)
   caroline.vanzile@skadden.com
9  BRENDAN B. GANTS (pro hac vice)
   brendan.gants@skadden.com
10 SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   1440 New York Avenue, N.W.
11 Washington, D.C. 20005
   Telephone:  (202) 371-7000
12 Facsimile:  (202) 393-5760

13 Attorneys for Defendant James V. Mazzo

14

15                    UNITED STATES DISTRICT COURT

16                    CENTRAL DISTRICT OF CALIFORNIA

17                           SOUTHERN DIVISION

18

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 8:12-cr-00269(B)-AG |
| Plaintiff, | **JAMES V. MAZZO'S APPLICATION FOR LEAVE TO FILE DECLARATION OF CAROLINE S. VAN ZILE AND EXHIBIT A ON THE PUBLIC DOCKET** |
| v. | |
| JAMES V. MAZZO, | |
| Defendant. | Hon. Andrew J. Guilford<br>Hearing Date: September 11, 2017<br>Time:          1:30 p.m.<br>Courtroom:   10D |

27

28

1    Defendant James V. Mazzo, by and through his attorneys, hereby submits this

2  Application for Leave to File Declaration of Caroline S. Van Zile and Exhibit A on the

3  Public Docket.  This application is supported by the attached memorandum, the files and

4  records in this case, and any evidence or argument presented at any hearing on this matter.

5

6  DATED:  August 28, 2017                    Respectfully submitted,

7                                             SKADDEN, ARPS, SLATE,
                                              MEAGHER & FLOM LLP

8                                             Richard Marmaro

9                                             Clifford M. Sloan
                                              Matthew E. Sloan

10                                            Kevin D. Lloyd

11                                            Caroline S. Van Zile
                                              Brendan B. Gants

12

13                                            By:  ____/s/Richard Marmaro____
                                                       Richard Marmaro

14

15                                            *Attorneys for James V. Mazzo*

16

17

18

19

20

21

22

23

24

25

26

27

28

JAMES V. MAZZO'S APPLICATION FOR LEAVE TO FILE DECLARATION OF CAROLINE S. VAN ZILE AND
EXHIBIT A ON THE PUBLIC DOCKET
No. 8:12-CR-00269(B)-AG

## 1.0    Introduction

James V. Mazzo hereby applies for this Court's permission to file on the public docket the Declaration of Caroline S. Van Zile and Exhibit A, which are offered in support of Mr. Mazzo's Reply Brief regarding his Motions *In Limine*.

## 2.0    The March 7, 2013 Order Allowing Disclosure of Grand Jury Testimony

On March 7, 2013, the Court ordered copies of the grand jury testimony in this case to be disclosed to the defense.  (Dkt. 43.)  Pursuant to that Order, "defense counsel shall not disclose such grand jury testimony to any other person or persons . . . without prior authorization from the Court."  (Id. at 2.)  The Court has granted motions to unseal some documents, including certain grand jury materials, previously under seal in this matter.  (Dkt. 422.)

## 3.0    The Declaration of Caroline S. Van Zile and Exhibit A Should Be Filed on the Public Docket

The Supreme Court has held that, in general, the public has a right of access to criminal proceedings.  See, e.g., Globe Newspaper Co. v. Super. Ct. for the Cty. Of Norfolk, 457 U.S. 596, 606 (1982).  Mr. Mazzo's Reply Brief regarding his Motions *In Limine* and the related exhibits are documents related to criminal proceedings.  Mr. Mazzo respectfully submits that secrecy concerning the grand jury testimony attached to the Reply is neither necessary nor consistent with governing case law regarding the public right of access, and therefore asks that the Court grant his request to file the motion on the public docket.

**4.0     Conclusion**

For the foregoing reasons, Mr. Mazzo respectfully requests that the Court grant him leave to file the Declaration of Caroline S. Van Zile and Exhibit A on the public docket.


DATED:   August 28, 2017

Respectfully submitted,
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
Richard Marmaro
Clifford M. Sloan
Matthew E. Sloan
Kevin D. Lloyd
Caroline S. Van Zile
Brendan B. Gants

By:   _____/s/Richard Marmaro_____
Richard Marmaro

*Attorneys for James V. Mazzo*

2