| | |
|---|---|
| 1 | RICHARD MARMARO (Bar No. 091387) |
|   | richard.marmaro@skadden.com |
| 2 | MATTHEW E. SLOAN (Bar No. 165165) |
|   | matthew.sloan@skadden.com |
| 3 | KEVIN D. LLOYD (Bar No. 242863) |
|   | kevin.lloyd@skadden.com |
| 4 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
|   | 300 South Grand Avenue, Suite 3400 |
| 5 | Los Angeles, California 90071-3144 |
|   | Telephone:   (213) 687-5000 |
| 6 | Fax:          (213) 687-5600 |
| 7 | CLIFFORD M. SLOAN (pro hac vice) |
|   | cliff.sloan@skadden.com |
| 8 | CAROLINE S. VAN ZILE (pro hac vice) |
|   | caroline.vanzile@skadden.com |
| 9 | BRENDAN B. GANTS (pro hac vice) |
|   | brendan.gants@skadden.com |
| 10 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
|    | 1440 New York Avenue, N.W. |
| 11 | Washington, D.C. 20005 |
|    | Telephone:   (202) 371-7000 |
| 12 | Facsimile:   (202) 393-5760 |

**DENIED**
BY ORDER OF THE COURT
9/1/17

13  Attorneys for Defendant James V. Mazzo

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 8:12-cr-00269(B)-AG |
| Plaintiff, | **ORDER DENYING JAMES V. MAZZO'S APPLICATION FOR LEAVE TO FILE DECLARATION OF CAROLINE S. VAN ZILE AND EXHIBIT A ON THE PUBLIC DOCKET** |
| v. | |
| JAMES V. MAZZO, | |
| Defendant. | Hon. Andrew J. Guilford |
|   | Courtroom:    10D |
|   | Trial Date:    September 19, 2017 |

[PROPOSED] ORDER RE: JAMES V. MAZZO'S APPLICATION FOR LEAVE TO FILE DECLARATION OF
CAROLINE S. VAN ZILE AND EXHIBIT A ON THE PUBLIC DOCKET
No. 8:12-CR-00269(B)-AG

**ORDER**

Having considered Defendant James V. Mazzo's Application for Leave to File Declaration of Caroline S. Van Zile and Exhibit A on the Public Docket, and for good cause shown, the Court hereby GRANTS the Application and ORDERS that the Declaration of Caroline Van Zile and Exhibit A thereto be filed publicly.

IT IS SO ORDERED.

DATED: _____, 2017

---
**The Honorable Andrew J. Guilford**
Judge of the United States District Court
for the Central District of California

Respectfully Submitted By:
/s/ Richard Marmaro
RICHARD MARMARO
Attorney for Defendant
James V. Mazzo

---

1

[[PROPOSED] ORDER RE: JAMES V. MAZZO'S APPLICATION FOR LEAVE TO FILE DECLARATION OF CAROLINE S. VAN ZILE AND EXHIBIT A ON THE PUBLIC DOCKET
No. 8:12-CR-00269(B)-AG