Reset Form

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

Case Number: SA CR 12-269(C)-AG   Defendant Number: 1
U.S.A. v. JAMES V. MAZZO   Year of Birth: 1957
[✓] Indictment   [ ] Information   Investigative agency (FBI, DEA, etc.): IRS/FBI

**NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A."**

**OFFENSE/VENUE**

a. Offense charged as a:
  [ ] Class A Misdemeanor   [ ] Minor Offense   [ ] Petty Offense
  [ ] Class B Misdemeanor   [ ] Class C Misdemeanor   [✓] Felony

b. Date of Offense: ____

c. County in which first offense occurred
Orange County

d. The crimes charged are alleged to have been committed in:
  CHECK **ALL** THAT APPLY
  [ ] Los Angeles    [ ] Ventura
  [✓] Orange         [ ] Santa Barbara
  [ ] Riverside      [ ] San Luis Obispo
  [ ] San Bernardino [ ] Other

Citation of Offense: 15 USC §§78j(b), 78ff; 17 CFR § 240.
10b-5, 15 USC §§78n(e) 17 CFR §240.14e-3(a), 18 USC 1623

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:
  [ ] Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)
  [ ] Eastern (Riverside and San Bernardino)   [✓] Southern (Orange)

**RELATED CASE**

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?   [✓] No   [ ] Yes
  IF YES   Case Number ____

Pursuant to General Order 16-05, criminal cases may be related if a previously filed indictment or information and the present case:
a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or
b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any: **MUST MATCH NOTICE OF RELATED CASE**

**PREVIOUSLY FILED COMPLAINT**

A complaint was previously filed on: ____
Case Number ____
Charging ____

The complaint:   [ ] is still pending
  [ ] was dismissed on: ____

**PREVIOUS COUNSEL**

Was defendant previously represented?   [ ] No   [✓] Yes
IF YES, provide Name: Richard Marmaro
Phone Number: 213-687-5480

**COMPLEX CASE**

Are there 8 or more defendants in the Indictment/Information?
  [ ] Yes*   [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
  [ ] Yes*   [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

**Superseding Indictment/Information**

IS THIS A NEW DEFENDANT?   [ ] Yes   [✓] No
This is the 3 superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on: 9/24/14
Case Number: SA CR 12-269(B)-AG
The superseded case:
[✓] is still pending before Judge/Magistrate Judge
Andrew J. Guilford
[ ] was previously dismissed on ____

Are there 8 or more defendants in the superseding case?
  [ ] Yes*   [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
  [ ] Yes*   [✓] No

FILED 2017 SEP -6 PM 3:41 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

Was a Notice of Complex Case filed on the Indictment or Information?
☐ Yes   ☑ No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

Is an interpreter required?   ☐ YES   ☑ NO
IF YES, list language and/or dialect: _____

**OTHER**

☑ Male   ☐ Female
☑ U.S. Citizen   ☐ Alien
Alias Name(s) _____

This defendant is charged in:   ☑ All counts
☐ Only counts: _____
☐ This defendant is designated as "High Risk" per 18 USC § 3146 (a)(2) by the U.S. Attorney.
☐ This defendant is designated as "Special Case" per 18 USC § 3166 (b)(7).

Is defendant a juvenile?   ☐ Yes   ☐ No
IF YES, should matter be sealed?   ☐ Yes   ☐ No

The area of substantive law that will be involved in this case includes:

☐ financial institution fraud     ☐ public corruption
☐ government fraud               ☐ tax offenses
☐ environmental issues           ☐ mail/wire fraud
☐ narcotics offenses             ☐ immigration offenses
☐ violent crimes/firearms        ☐ corporate fraud
☑ Other   insider trading and false testimony

**CUSTODY STATUS**

Defendant is **not** in custody:
a. Date and time of arrest on complaint: _____
b. Posted bond at complaint level on: _____ OR _____
   in the amount of $ _____
c. PSA supervision?   ☐ Yes   ☑ No
d. Is on bail or release from another district: _____

Defendant is **in** custody:
a. Place of incarceration:   ☐ State   ☐ Federal
b. Name of Institution: _____
c. If Federal: U.S. Marshal's Registration Number: _____
d. ☐ Solely on this charge. Date and time of arrest: _____
e. On another conviction:   ☐ Yes   ☐ No
   IF YES:   ☐ State   ☐ Federal   ☐ Writ of Issue
f. Awaiting trial on other charges:   ☐ Yes   ☐ No
   IF YES:   ☐ State   ☐ Federal   AND
   Name of Court: _____
Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.Cr.P.   ____ 20   ____ 21   ____ 40

---

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: _____

Date   09/05/2017

Signature of Assistant U.S. Attorney
Jennifer L. Waier
Print Name