# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| | | | |
|---|---|---|---|
| Case No. | SACR 12-269(D)-AG | Date | February 7, 2018 |
| Present: The Honorable | ANDREW J GUILFORD | | |
| Interpreter | | | |

| Lisa Bredahl | Miriam Baird | Jennifer Waier/Steven Cazares |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 5. JAMES V MAZZO | X | | X | Richard Marmaro; Clifford Sloan; Kevin Lloyd; Matthew Sloan; Erica Shef | X | | X |

\_\_\_\_ Day COURT TRIAL  15th Day JURY TRIAL  \_\_\_\_ Death Penalty Phase

\_\_\_\_ One day trial;  \_\_\_\_ Begun (1st day);  X Held & continued;  \_\_\_\_ Completed by jury verdict/submitted to court.

\_\_\_\_ The Jury is impaneled and sworn.

\_\_\_\_ Opening statements made _____

\_\_\_\_ Witnesses called, sworn and testified.

\_\_\_\_ Exhibits identified  \_\_\_\_ Exhibits admitted

\_\_\_\_ Government rests.  \_\_\_\_ Defendant(s) _____ rest.

\_\_\_\_ Motion for mistrial by _____ is \_\_\_\_ granted \_\_\_\_ denied \_\_\_\_ submitted

\_\_\_\_ Motion for judgment of acquittal (FRCrP 29) is \_\_\_\_ granted \_\_\_\_ denied \_\_\_\_ submitted

\_\_\_\_ Closing arguments made  \_\_\_\_ Court instructs jury  \_\_\_\_ Bailiff sworn

\_\_\_\_ Alternates excused  \_\_\_\_ Jury retires to deliberate  \_\_\_\_ Jury resumes deliberations

\_\_\_\_ Finding by Court as follows:  \_\_\_\_ Jury Verdict as follows:

Dft # \_\_\_\_ \_\_\_\_ Guilty on count(s) \_\_\_\_ \_\_\_\_ Not Guilty on count(s)

\_\_\_\_ Jury polled  \_\_\_\_ Polling waived

\_\_\_\_ Filed Witness & Exhibit lists  \_\_\_\_ Filed Jury notes  \_\_\_\_ Filed Jury Instructions  \_\_\_\_ Filed Jury Verdict

Dft # \_\_\_\_ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

Dft # \_\_\_\_ remanded to custody.  Remand/Release# \_\_\_\_ issd.  Dft # \_\_\_\_ released from custody.

\_\_\_\_ Bond exonerated as to Dft # \_\_\_\_

X Case continued to February 9, 2018 at 9:00 am am for further trial/further jury deliberation.

X Other: Court and counsel confer re jury instructions

                                                           1 : 00

Initials of Deputy Clerk lmb